## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

GARY DYER                                                        CIVIL ACTION

VERSUS                                                           NO. 19-497-JWD-RLB

ANDREW SAUL

## NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have fourteen (14) days after being served with the attached Report to file written objections to the proposed findings of fact, conclusions of law and recommendations therein. Failure to file written objections to the proposed findings, conclusions, and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions of the Magistrate Judge which have been accepted by the District Court.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in Baton Rouge, Louisiana, on November 14, 2019.

RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| GARY DYER | CIVIL ACTION |
| VERSUS | NO. 19-497-JWD-RLB |
| ANDREW SAUL | |

### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATON

This Report and Recommendation is issued *sua sponte*. This matter is before the court on plaintiff's Complaint (R. Doc. 1) against Andrew Saul, Commissioner of Social Security, filed on July 30, 2019. A review of the record indicates that plaintiff paid the initial filing fee with the filing of the Complaint. The Clerk's Office issued service of process on July 31, 2019 and the docket sheet contains a notation that the pro se plaintiff was mailed a copy of the issued summons on that date. Following summons having been issued, no other action had been taken by plaintiff.

On September 11, 2019, the Court entered an Order (R. Doc. 3) reminding Plaintiff of his responsibility to serve the defendants in accordance with Fed. R. Civ. P. 4. Plaintiff was also specifically advised that a failure to timely serve the defendants may result in a dismissal of this matter. A review of the record as of November 14, 2019 indicates that no other action has been taken by plaintiff to serve the defendants.

### RECOMMENDATION

It is the recommendation of the Magistrate Judge that the plaintiff's claims against defendant Andrew Saul be dismissed, without prejudice, for failure to serve.

Signed in Baton Rouge, Louisiana, on November 14, 2019.

_____
RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE