**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**GARY DYER**

**VERSUS**

**ANDREW SAUL**

**CIVIL ACTION**

**NO. 19-497-JWD-RLB**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc. 4) dated November 14, 2019, to which no objection was filed;

**IT IS ORDERED** that the Plaintiff's claims against Defendant Andrew Saul are dismissed, without prejudice, for failure to serve.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>January 7, 2020</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**